JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. BERNS, <br>     Plaintiff, <br> vs. <br> SENTRY SELECT INSURANCE COMPANY, <br>     Defendant. | Case No.: CV 13-1611 DSF (AGRx) <br><br> JUDGMENT |

This action came on for hearing on June 2, 2014, the Honorable Dale S. Fischer, District Judge, Presiding. The arguments and evidence having been presented and fully considered, and the issues having been heard, the Court orders that summary judgment be entered in favor of Defendant.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover the costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/5/14

_____
Dale S. Fischer
United States District Judge