JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEVEN J. BERNS, an individual residing in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:13-cv-01611-DSF-AGR<br><br>[PROPOSED] JUDGMENT |

IT IS ORDERED AND ADJUGED in this action as follows:

1. On the First Amended Complaint's First Cause of Action for Declaratory Relief regarding the duty to defend, that judgment be entered in favor of plaintiff, Steven J. Berns, and against defendant, Sentry Select Insurance Company.

2. On the First Amended Complaint's Second Cause of Action for Breach of Contract regarding the duty to defend, that judgment be entered in favor of plaintiff, Steven J. Berns and against defendant, Sentry Select Insurance Company. Plaintiff, Steven J. Berns, has acknowledged that defendant, Sentry Select Insurance Company, has satisfied the judgment for the second cause of action in full, including all interest due.

3. On the First Amended Complaint's Third Cause of Action for Tortious Breach of the Covenant of Good Faith and Fair Dealing, that judgment be entered in favor of defendant, Sentry Select Insurance Company, and against plaintiff, Steven J. Berns. The Third Cause of Action for Tortious Breach of the Covenant of Good Faith and Fair Dealing is dismissed with prejudice.

Each party to bear its own costs and expenses.

DATED: 8/3/17

BY: _____
DALE S. FISCHER
United States District Judge